FRED M. BLUM, ESQ. (SBN 1015860
RUBEN RUIZ, ESQ. (SBN 241729)
BASSI, MARTINI, EDLIN & BLUM LLP
351 California Street, Suite 200
San Francisco, CA 94104
Telephone:   (415) 397-9006
Facsimile:   (415) 397-1339

Attorneys for Defendants
CLASSICSTAR FINANCIAL SERVICES, INC.

FILED
2008 AUG 14 P 3 40
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA- SAN JOSE

PETER FORTENBAUGH and BETTY LEE, in their capacity as Trustees of THE PETER FORTENBAUGH TRUST, a California Trust,

 Plaintiffs,

 vs.

CLASSICSTAR FINANCIAL SERVICES, INC., a Delaware Corporation, GEOSTAR CORPORATION, a Delaware Corporation, GEOSTAR FINANCIAL SERVICES CORPORATION, a Delaware Corporation, TONY FERGUSON, an individual, and DOES 1 through 30, inclusive,

 Defendants.

Case No. C08 03898 PVT

DEFENDANT CLASSICSTAR FINANCIAL SERVICES, INC.'S JOINDER TO CO-DEFENDANTS GEOSTAR CORPORATION, GEOSTAR FINANCIAL SERVICES CORPORATION, AND TONY FERGUSON'S NOTICE TO REMOVAL OF PLAINTIFFS' FIRST AMENDED COMPLAINT TO FEDERAL COURT

Superior Court of the State of California
County of Santa Clara
Case No. 107CV084507

Defendant CLASSIC STAR FINANCIAL SERVICES, INC. ("CLASSICSTAR") joins Co-Defendants GEOSTAR CORPORATION, GEOSTAR FINANCIAL SERVICES CORPORATION, and TONY FERGUSON's, Notice of Removal to United States District Court Northern District of California the matter entitled PETER FORTENBAUGH and BETTY LEE, in their capacity as Trustees of THE PETER FORTENBAUGH TRUST, a California Trust v. CLASSICSTAR FINANCIAL SERVICES, INC., GEOSTAR CORPORATION, GEOSTAR

48947

1

1  FINANCIAL SERVICES CORPORATION, and TONY FERGUSON, Superior Court of
2  California County of Santa Clara case no.107CV084507.
3
4  Date:   August 13, 2008                    BASSI, MARTINI, EDLIN & BLUM LLP
5
6
                                              By: _____
7                                                 RUBEN RUIZ
                                                  Attorneys for Defendant
8                                                 CLASSICSTAR FINANCIAL SERVICES, INC.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

48947

2

Re: **PETER FORTENBAUGH and BETTY LEE, in their capacity as Trustees of THE PETER FORTENBAUGH TRUST, a California Trust v. CLASSICSTAR FINANCIAL SERVICES, INC., a Delaware Corporation and DOES 1 through 30, inclusive**
Santa Clara County Superior Court Case No. 107CV084507

### PROOF OF SERVICE – CCP §1013(a)(3)

STATE OF CALIFORNIA/COUNTY OF San Francisco

I am a citizen of the United States and an employee in the County of San Francisco. I am over the age of eighteen (18) years and not a party to the within action. My business address is BASSI, MARTINI, EDLIN & BLUM LLP, 351 California Street, Suite 200, San Francisco, California 94104.

On the date set forth below, I served the within:

DEFENDANT CLASSICSTAR FINANCIAL SERVICES, INC.'S JOINDER TO CO-DEFENDANTS GEOSTAR CORPORATION, GEOSTAR FINANCIAL SERVICES CORPORATION, AND TONY FERGUSON'S NOTICE TO REMOVAL OF PLAINTIFFS' FIRST AMENDED COMPLAINT TO FEDERAL COURT

on the following parties:

HOWARD RICE, et al.
Jeremy Kamras, Esq.
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4021

__X__ **BY PERSONAL SERVICE:** I caused a copy of said documents to be hand delivered to the interested party at the address set forth above.

_____ **BY MAIL:** I caused such envelope to be deposited in the mail at San Francisco, California. I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.

_____ **BY FEDERAL EXPRESS:** I caused such envelope to be deposited in the appropriate Federal Express envelope, to the Federal Express office located at 120 Bush Street, San Francisco, California 94104, to be delivered by the next business day. I am readily familiar with the firm's practice for collection and processing of correspondence for transmittal by Federal Express. It is deposited with Federal Express on that same day in the ordinary course of business.

_____ **BY FACSIMILE:** I caused said documents to be sent via facsimile to the interested party at the facsimile number set forth below.

I declare under penalty of perjury that the foregoing is true and correct and that this document is executed on August 14, 2008, at San Francisco, California.

_____
ALISHA C. PEMBER

50637

1

PROOF OF SERVICE