RECEIVED TIME  AUG. 14.  1:02PM          PRINT TIME  AUG. 14.  1:04PM

1  FRED M. BLUM, ESQ. (SBN 1015860)
   RUBEN RUIZ, ESQ. (SBN 241729)
2  BASSI, MARTINI, EDLIN & BLUM LLP
   351 California Street, Suite 200
3  San Francisco, CA 94104
   Telephone:  (415) 397-9006
4  Facsimile:  (415) 397-1339

5  Attorneys for Defendant
   GEOSTAR CORPORATION

FILED
2008 AUG 14  P 3:40
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

ADR

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA- SAN JOSE

C08  03898 PVT

| | |
|---|---|
| PETER FORTENBAUGH and BETTY LEE, in their capacity as Trustees of THE PETER FORTENBAUGH TRUST, a California Trust,<br><br>Plaintiffs,<br><br>vs.<br><br>CLASSICSTAR FINANCIAL SERVICES, INC., a Delaware Corporation, GEOSTAR CORPORATION, a Delaware Corporation, GEOSTAR FINANCIAL SERVICES CORPORATION, a Delaware Corporation, TONY FERGUSON, an individual, and DOES 1 through 30, inclusive,<br><br>Defendants. | Case No.<br><br>DECLARATION OF MILTON J. EVANS, JR. FOR GEOSTAR CORPORATION IN SUPPORT OF DEFENDANTS GEOSTAR CORPORATION, GEOSTAR FINANCIAL SERVICES CORPORATION, AND TONY FERGUSON'S NOTICE TO REMOVAL OF PLAINTIFF'S FIRST AMENDED COMPLAINT TO FEDERAL COURT<br><br>Superior Court of the State of California<br>County of Santa Clara<br>Case No. 107CV084507 |

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

I, Milton J. Evans, Jr., declare as follows:

1. I am In-House Counsel for GEOSTAR CORPORATION ("GEOSTAR"). I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath

2. GEOSTAR is a Delaware corporation initially incorporated on May 9, 1996.

48975

1

DECL. OF MILTON J. EVANS, JR. FOR GEOSTAR IN SUPP. OF NOTICE OF REMOVAL

1      3. My office and GEOSTAR's corporate headquarters are located at 2480 W. Campus
2 Drive, Building C, Mount Pleasant, Michigan. GEOSTAR's principal place of business is 2480
3 W. Campus Drive, Building C, Mount Pleasant, Michigan.

     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 14th day of August, 2008 at SANTA ANA, CA.

By: _____
Milton J. Evans, Jr.

---

2

**DECL. OF MILTON J. EVANS, JR. FOR GEOSTAR IN SUPP. OF NOTICE OF REMOVAL**

Re: **PETER FORTENBAUGH and BETTY LEE, in their capacity as Trustees of THE PETER FORTENBAUGH TRUST, a California Trust v. CLASSICSTAR FINANCIAL SERVICES, INC., a Delaware Corporation and DOES 1 through 30, inclusive**
Santa Clara County Superior Court Case No. 107CV084507

**PROOF OF SERVICE – CCP §1013(a)(3)**

STATE OF CALIFORNIA/COUNTY OF San Francisco

I am a citizen of the United States and an employee in the County of San Francisco. I am over the age of eighteen (18) years and not a party to the within action. My business address is BASSI, MARTINI, EDLIN & BLUM LLP, 351 California Street, Suite 200, San Francisco, California 94104.

On the date set forth below, I served the within:

**DECLARATION OF MILTON J. EVANS, JR. FOR GEOSTAR CORPORATION IN SUPPORT OF DEFENDANTS GEOSTAR CORPORAITON, GEOSTAR FINANCIAL SERVICES CORPORATION, AND TONY FERGUSON'S NOTICE TO REMOVAL OF PLAINTIFF'S FIRST AMENDED COMPLAINT TO FEDERAL COURT**

on the following parties:

HOWARD RICE, et al.
Jeremy Kamras, Esq.
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4021

__X__ **BY PERSONAL SERVICE:** I caused a copy of said documents to be hand delivered to the interested party at the address set forth above.

_____ **BY MAIL:** I caused such envelope to be deposited in the mail at San Francisco, California. I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.

_____ **BY FEDERAL EXPRESS:** I caused such envelope to be deposited in the appropriate Federal Express envelope, to the Federal Express office located at 120 Bush Street, San Francisco, California 94104, to be delivered by the next business day. I am readily familiar with the firm's practice for collection and processing of correspondence for transmittal by Federal Express. It is deposited with Federal Express on that same day in the ordinary course of business.

_____ **BY FACSIMILE:** I caused said documents to be sent via facsimile to the interested party at the facsimile number set forth below.

I declare under penalty of perjury that the foregoing is true and correct and that this document is executed on August 14, 2008, at San Francisco, California.

_____
ALISHA C. PEMBER

50637

1