1  FRED M. BLUM, ESQ. (SBN 1015860)
   RUBEN RUIZ, ESQ. (SBN 241729)
2  BASSI, MARTINI, EDLIN & BLUM LLP
   351 California Street, Suite 200
3  San Francisco, CA 94104
   Telephone:   (415) 397-9006
4  Facsimile:   (415) 397-1339

5

6  Attorneys for Defendant
   GEOSTAR CORPORATION, GEOSTAR FINANCIAL SERVICES CORPORATION, and
   TONY FERGUSON

7

8

9                     UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA-SAN JOSE

11

12  PETER FORTENBAUGH and BETTY LEE,     ) Case No. C08 03898 PVT
    in their capacity as Trustees of THE PETER )
13  FORTENBAUGH TRUST, a California Trust, ) DEFENDANTS GEOSTAR
                                          ) CORPORATION, GEOSTAR FINANCIAL
14           Plaintiffs,                  ) SERVICES CORPORATION, and TONY
                                          ) FERGUSON'S CERTIFICATION OF
15      vs.                               ) INTERESTED ENTITIES OR PERSONS
                                          )
16  CLASSICSTAR FINANCIAL SERVICES,       )
    INC., a Delaware Corporation, GEOSTAR )
17  CORPORATION, a Delaware Corporation,  )
    GEOSTAR FINANCIAL SERVICES            )
18  CORPORATION, a Delaware Corporation,
    TONY FERGUSON, an individual, and DOES
19  1 through 30, inclusive,

20           Defendants.

21  _____

22       Defendants GEOSTAR CORPORATION, GEOSTAR FINANCIAL SERVICES

23  CORPORATION, and TONY FERGUSON (collectively "NEW DEFENDANTS") are unaware

24  of any additional interested parties at this time.

25  //

26  //

27  //

28  //

50614

                                        1
    **NEW DEFENDANTS CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

1
2  Date:   August 14, 2008                    BASSI, MARTINI, EDLIN & BLUM LLP
3
4                                             By: _____
5                                             RUBEN P. RUIZ
                                              Attorneys for Defendant
6                                             GEOSTAR CORPORATION, GEOSTAR
                                              FINANCIAL SERVICES CORPORATION, and
7                                             TONY FERGUSON,
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

50614

2

**NEW DEFENDANTS CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Re: **PETER FORTENBAUGH and BETTY LEE, in their capacity as Trustees of THE PETER FORTENBAUGH TRUST, a California Trust v. CLASSICSTAR FINANCIAL SERVICES, INC., a Delaware Corporation and DOES 1 through 30, inclusive**
Santa Clara County Superior Court Case No. 107CV084507

### PROOF OF SERVICE – CCP §1013(a)(3)

STATE OF CALIFORNIA/COUNTY OF San Francisco

I am a citizen of the United States and an employee in the County of San Francisco. I am over the age of eighteen (18) years and not a party to the within action. My business address is BASSI, MARTINI, EDLIN & BLUM LLP, 351 California Street, Suite 200, San Francisco, California 94104.

On the date set forth below, I served the within:

DEFENDANTS GEOSTAR CORPORATION, GEOSTAR FINANCIAL SERVICES CORPORATION, AND TONY FERGUSON'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

on the following parties:

HOWARD RICE, et al.
Jeremy Kamras, Esq.
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4021

__X__ **BY PERSONAL SERVICE:** I caused a copy of said documents to be hand delivered to the interested party at the address set forth above.

_____ **BY MAIL:** I caused such envelope to be deposited in the mail at San Francisco, California. I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.

_____ **BY FEDERAL EXPRESS:** I caused such envelope to be deposited in the appropriate Federal Express envelope, to the Federal Express office located at 120 Bush Street, San Francisco, California 94104, to be delivered by the next business day. I am readily familiar with the firm's practice for collection and processing of correspondence for transmittal by Federal Express. It is deposited with Federal Express on that same day in the ordinary course of business.

_____ **BY FACSIMILE:** I caused said documents to be sent via facsimile to the interested party at the facsimile number set forth below.

I declare under penalty of perjury that the foregoing is true and correct and that this document is executed on August 14, 2008, at San Francisco, California.

_____
ALISHA C. PEMBER

50637

1