FRED M. BLUM, ESQ. (SBN 1015860
RUBEN RUIZ, ESQ. (SBN 241729)
BASSI, MARTINI, EDLIN & BLUM LLP
351 California Street, Suite 200
San Francisco, CA 94104
Telephone: (415) 397-9006
Facsimile: (415) 397-1339

Attorneys for Defendant
CLASSICSTAR FINANCIAL SERVICES, INC.

FILED

2008 AUG 20 P 2: 13

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| PETER FORTENBAUGH and BETTY LEE, in their capacity as Trustees of THE PETER FORTENBAUGH TRUST, a California Trust,<br><br>Plaintiffs,<br><br>vs.<br><br>CLASSICSTAR FINANCIAL SERVICES, INC., a Delaware Corporation, GEOSTAR CORPORATION, a Delaware Corporation, GEOSTAR FINANCIAL SERVICES CORPORATION, a Delaware Corporation, TONY FERGUSON, an individual, and DOES 1 through 30, inclusive,<br><br>Defendants. | Case No. C08 03898 PVT<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**<br><br>**BY FAX** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c) the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal

///

///

///

50878

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

from the judgment shall be taken directly to the United States Court of appeals for the Ninth Circuit.

Date:   August 20, 2008

BASSI, MARTINI, EDLIN & BLUM LLP

By: _____
RUBEN P. RUIZ, ESQ.
Attorneys for Defendant
CLASSICSTAR FINANCIAL SERVICES, INC.

Re: **PETER FORTENBAUGH and BETTY LEE, in their capacity as Trustees of THE PETER FORTENBAUGH TRUST, a California Trust v. CLASSICSTAR FINANCIAL SERVICES, INC., a Delaware Corporation and DOES 1 through 30, inclusive**
Santa Clara County Superior Court Case No. 107CV084507

### PROOF OF SERVICE – CCP §1013(a)(3)

STATE OF CALIFORNIA/COUNTY OF San Francisco

I am a citizen of the United States and an employee in the County of San Francisco. I am over the age of eighteen (18) years and not a party to the within action. My business address is BASSI, MARTINI, EDLIN & BLUM LLP, 351 California Street, Suite 200, San Francisco, California 94104.

On the date set forth below, I served the within:

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

on the following parties:

> Jeremy T. Kamras, Esq.
> Howard Rice Nemerovski Canady Falk & Rabkin
> Three Embarcadero Center, 7th Floor
> San Francisco, CA 94111-4024

____ **BY PERSONAL SERVICE:** I caused a copy of said documents to be hand delivered to the interested party at the address set forth above.

**XX** **BY MAIL:** I caused such envelope to be deposited in the mail at San Francisco, California. I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.

____ **BY FEDERAL EXPRESS:** I caused such envelope to be deposited in the appropriate Federal Express envelope, to the Federal Express office located at 120 Bush Street, San Francisco, California 94104, to be delivered by the next business day. I am readily familiar with the firm's practice for collection and processing of correspondence for transmittal by Federal Express. It is deposited with Federal Express on that same day in the ordinary course of business.

____ **BY FACSIMILE:** I caused said documents to be sent via facsimile to the interested party at the facsimile number set forth below.

I declare under penalty of perjury that the foregoing is true and correct and that this document is executed on August 20, 2008, at San Francisco, California.

*/s/ Rose Warren*
ROSE WARREN

50890