1  GILBERT R. SEROTA (No. 75305)
   Email: gserota@howardrice.com
2  JEREMY T. KAMRAS (No. 237377)
   Email: jkamras@howardrice.com
3  HOWARD RICE NEMEROVSKI CANADY
       FALK & RABKIN
4  A Professional Corporation
   Three Embarcadero Center, 7th Floor
5  San Francisco, California 94111-4024
   Telephone:  415/434-1600
6  Facsimile:   415/217-5910

7  Attorneys for Plaintiffs and Cross-Defendants
   PETER FORTENBAUGH and BETTY LEE,
8  in their capacity as Trustees of THE PETER
   FORTENBAUGH TRUST

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN JOSE DIVISION
12

| | |
|---|---|
| PETER FORTENBAUGH and BETTY LEE, in their capacity as Trustees of THE PETER FORTENBAUGH TRUST, a California Trust,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CLASSICSTAR FINANCIAL SERVICES, INC., and DOES 1 through 30, inclusive,<br><br>　　　　　Defendants.<br><br>FIRST SOURCE WYOMING, INC., a Delaware Corporation,<br><br>　　　　　Cross-Complainant,<br><br>　v.<br><br>PETER FORTENBAUGH and BETTY LEE, in their capacity as Trustees of THE PETER FORTENBAUGH TRUST, a California Trust, and ROES 1 through 30, inclusive,<br><br>　　　　　Respondent. | No. C 08 03898 PVT<br><br>Action Removed: August 14, 2008<br><br><u>DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE</u> |

DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE          C 08 03898

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

Pursuant to Civ. L.R. 73-1(a)(1), and without conceding the propriety of Defendant's removal petition, the undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED: August 26, 2008.

Respectfully submitted,

GILBERT R. SEROTA
JEREMY T. KAMRAS
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

By: _____/s/_____
GILBERT R. SEROTA

Attorneys for Plaintiffs and Cross-Defendants
PETER FORTENBAUGH and BETTY LEE,
in their capacity as Trustees of THE PETER
FORTENBAUGH TRUST