GILBERT R. SEROTA (No. 75305)
Email: gserota@howardrice.com
JEREMY T. KAMRAS (No. 237377)
Email: jkamras@howardrice.com
SIMONA A. AGNOLUCCI (No. 246943)
Email: sagnolucci@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California  94111-4024
Telephone:   415/434-1600
Facsimile:   415/217-5910

Attorneys for Plaintiffs
PETER FORTENBAUGH AND BETTY LEE,
IN THEIR CAPACITY AS TRUSTEES OF
THE PETER FORTENBAUGH TRUST, A
CALIFORNIA TRUST

*E-FILED - 10/10/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETER FORTENBAUGH and BETTY LEE, in their capacity as Trustees of THE PETER FORTENBAUGH TRUST, a California Trust,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CLASSICSTAR FINANCIAL SERVICES, INC., a Delaware Corporation, GEOSTAR CORPORATION, a Delaware Corporation, GEOSTAR FINANCIAL SERVICES CORPORATION, a Delaware Corporation, TONY FERGUSON, an individual, and DOES 1 through 30, inclusive,<br><br>　　　　　　　Defendants. | No. C08-03898-RMW<br><br>Action Filed: April 24, 2007<br><br>Action Removed to this Court: August 14, 2008<br><br>PLAINTIFF'S AND DEFENDANTS' STIPULATION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR REMAND **AND ORDER**<br><br>Date:　　　　October 31, 2008<br>Time:　　　　9 a.m.<br>Courtroom:　6<br>Judge:　　　Hon. Ronald M. Whyte<br><br>Trial Date:　TBD |

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation

STIP. RE FILING DATE OF REPLY ISO MOTION TO REMAND　　　　C08-03898-RMW

1    WHEREAS, on September 12, 2008, Plaintiffs Peter Fortenbaugh and Betty Lee, in

2   their capacity as Trustees of The Peter Fortenbaugh Trust, a California Trust (collectively,

3   "Plaintiffs") filed a Motion to Remand the above-referenced action to Santa Clara County

4   Superior Court (*see* Docket No. 16);

5    WHEREAS, the Court set the hearing date for the aforementioned Motion to Remand

6   for October 31, 2008 at 9:00 a.m. (*see* Docket No. 19);

7    WHEREAS, on October 6, 2008, Defendants ClassicStar Financial Services, Inc., a

8   Delaware Corporation, GeoStar Corporation, a Delaware Corporation, GeoStar Financial

9   Services Corporation, a Delaware Corporation, and Tony Ferguson, an individual,

10   (collectively, "Defendants," and with the Plaintiffs, "the Parties") filed their Opposition to

11   the Plaintiffs' Motion to Remand ("Opposition") (*see* Docket No. 24);

12    WHEREAS, good cause exists for a one week extension because the response raises

13   serious issues and because lead counsel for Plaintiffs will not be available on several days

14   this week;

15    WHEREAS, the Parties have conferred, and have agreed that if this Court so orders,

16   the Plaintiffs will file their Reply to the Defendants' Opposition on or before October 17,

17   2008;

18    WHEREAS, if the Plaintiffs are permitted to file their Reply to the Defendants'

19   Opposition on October 17, 2008, this Court will have received the Reply fourteen days

20   before the October 31, 2008, as contemplated by Local Rule 7.3(c);

21    NOW, THEREFORE, the Parties HEREBY STIPULATE AND AGREE that good

22   cause exists for an order permitting Plaintiffs to file their Reply to the Defendants'

23   Opposition on or before October 17, 2008.

24

25

26

27

28

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
*A Professional Corporation*

STIP. RE FILING DATE OF REPLY ISO MOTION TO REMAND          C08-03898-RMW

-1-

1    By her signature below, counsel for Plaintiffs attests that counsel for Defendants

2    concurred in the filing of this document.

3          IT IS SO STIPULATED AND AGREED:

4

5    DATED:  October 7, 2008.

6                                                    Respectfully,

7                                                    GILBERT R. SEROTA
                                                     JEREMY T. KAMRAS
8                                                    SIMONA A. AGNOLUCCI
                                                     HOWARD RICE NEMEROVSKI CANADY
9                                                          FALK & RABKIN
                                                     A Professional Corporation
10

11                                                   By: _____/s/_____
                                                          SIMONA A. AGNOLUCCI
12
                                                     Attorneys for Plaintiffs PETER FORTENBAUGH
13                                                   and BETTY LEE, in their capacity as Trustees of
                                                     THE PETER FORTENBAUGH TRUST, a
14   DATED:  October 7, 2008.                        California Trust

15                                                   Respectfully,

16                                                   FRED BLUM
                                                     RUBEN P. RUIZ
17                                                   BASSI, MARTINI, EDLIN & BLUM LLP

18
                                                     By: _____/s/_____
19
                                                     Attorneys for Defendants CLASSICSTAR
20                                                   FINANCIAL SERVICES, INC., a Delaware
                                                     Corporation, GEOSTAR CORPORATION, a
21                                                   Delaware Corporation, GEOSTAR FINANCIAL
                                                     SERVICES CORPORATION, a Delaware
22                                                   Corporation, and TONY FERGUSON, an
                                                     individual
23

24

25

26

27

28

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation

1  PURSUANT TO STIPULATION, IT IS SO ORDERED

2  Dated:  October  10, 2008

3

4  
   _____
   Judge Ronald M. Whyte

5  United States District Judge

6

7

8

9

10

11

12

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28