**E-FILED on** 10/22/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETER FORTENBAUGH and BETTY LEE<br><br>PlaintiffS,<br><br>v.<br><br>GEOSTAR CORPORATION,<br>GEOSTAR FINANCIAL SERVICES<br>CORPORATION,<br>TONY FERGUSON, and<br>CLASSICSTAR FINANCIAL SERVICES,<br><br>Defendants. | No. C-08-03898 RMW<br><br><br>ORDER VACATING HEARING DATE |

Plaintiff Peter Fortenbaugh's motion for remand presently set for hearing on October 31, 2008 is hereby submitted on the papers without oral argument. *See* Civil L.R. 7-1(b). The hearing date of October 31, 2008 is vacated. If, upon consideration of the matter, the court deems that oral argument is necessary or would be helpful to the court, the matter will be reset for hearing no earlier than December 5, 2008.

DATED:     10/22/08                                        *Ronald M Whyte*
                                                            RONALD M. WHYTE
                                                            United States District Judge

ORDER VACATING HEARING DATE—No. C-08-03898 RMW
JAS

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Gilbert Ross Serota                    gserota@hrice.com
Jeremy Kamras                      jkamras@howardrice.com
Simona Alessandra Agnolucci      sagnolucci@howardrice.com

**Counsel for Defendants:**

Fred M. Blum                      Email: fblum@bmeblaw.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**    10/22/08                        /s/ JAS
                                                 **Chambers of Judge Whyte**