UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER FORTENBAUGH, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>CLASSICSTAR FINANCIAL SERVICES, INC., et al.,<br><br>        Defendants. | Case No.  5:08-cv-03898-RMW<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: E.D. Ky. Case No.<br>5:08-cv-00496-JMH-REW Dkt. No. 175 |

On April 27, 2012, the U.S. Judicial Panel on Multidistrict Litigation found that coordinated or consolidated pretrial proceedings in this action had been completed and remanded the case to this court. Conditional Remand Order, *In re ClassicStar Mare Lease Litig.*, No. 5:08-cv-00496-JMH-REW (E.D. Ky. Apr. 27, 2012), Dkt. No. 175. In the three years that followed, the parties have not filed any papers or otherwise taken any action in this court to pursue this case. Accordingly, Plaintiffs have until October 30, 2015 to show cause why this case should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: September 29, 2015

_____
Ronald M. Whyte
United States District Judge

5:08-cv-03898-RMW
ORDER TO SHOW CAUSE
RS

1