UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PETER FORTENBAUGH, et al.,

          Plaintiffs,

    v.

GEOSTAR CORPORATION, et al.,

          Defendants.

Case No.  5:08-cv-03898-RMW

**ORDER OF DISMISSAL**

Re: Dkt. No. 40

On September 29, 2015, this court ordered plaintiffs to show cause why this case should not be dismissed for failure to prosecute. Dkt. No. 40. On October 21, 2015, plaintiffs responded to the court's order. Dkt. No. 41. Plaintiffs indicated that before this case was remanded from multidistrict litigation proceedings, "all claims in this action were settled, adjudicated or dismissed." *Id.* Plaintiffs indicated that they do not object to the dismissal of this action. *Id.*

Accordingly, pursuant to Federal Rule of Civil Procedure Rule 41(a)(2), all of the plaintiffs' claims against the defendants in this action are hereby DISMISSED WITH PREJUDICE. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: November 4, 2015

Ronald M. Whyte
United States District Judge

United States District Court
Northern District of California

1

5:08-cv-03898-RMW
ORDER OF DISMISSAL
RS